UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CEDRIC WEBB

VERSUS

WELLS FARGO HOME
MORTGAGE, INC.

CIVIL ACTION

NO. 18-1076-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 29, 2019, to which no objection was filed;

**IT IS ORDERED** that Wells Fargo's Motion to Dismiss (R. Doc. 5) is GRANTED, and the claims of Plaintiff against Wells Fargo are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that Plaintiff is ordered to file an amended complaint within 21 days of the Court's ruling to the extent Plaintiff wishes to cure the deficiencies outlined above. Should Plaintiff decline to file an amended complaint, his claims will be dismissed with prejudice.

**IT IS FURTHER ORDERED** that Wells Fargo Home Mortgage is replaced by **Wells Fargo Bank, N.A.** as a defendant in this action, and the Clerk of Court is directed to reflect this change on the docket sheet.

Signed in Baton Rouge, Louisiana, on September 11, 2019.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA