# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CEDRIC WEBB**

**VERSUS**

**WELLS FARGO HOME
MORTGAGE, INC.**

**CIVIL ACTION**

**NO. 18-1076-JWD-SDJ**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.18) dated September 15, 2020, to which an objection was filed and reviewed (Doc. 19);

**IT IS ORDERED** that Wells Fargo's Motion to Dismiss (Doc. 16) is GRANTED, and that Plaintiff's cause of action against Wells Fargo is DISMISSED with prejudice.

Judgment shall be entered accordingly

Signed in Baton Rouge, Louisiana, on September 30, 2020.

_____

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**